IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLOBAL STEEL CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEELSALVOR, LLC | : | NO. 09-cv-00770-JF |

ORDER

AND NOW, this 8th day of December, upon consideration of defendant's Motion to Dismiss Or, in the Alternative, Motion to Transfer Venue, and plaintiff's response, IT IS ORDERED:

that the defendant's motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.